UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YANDY REYES, individually and on behalf of all others similarly situated, and RE: YES LAW PLLC,

                Plaintiffs,

      -against-

THE DRAW SHOP LLC, the business located at 12463 Rancho Bernardo RD#166 San Diego, CA 92128 and SUMMER FELIX-MULDER, individually and as the CEO of The Draw Shop LLC, and JOHN DOES and/or JANE DOES,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/28/2026__

25 Civ. 9406 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated November 17, 2025, the Court directed the parties to submit a joint letter and a jointly proposed case management plan and scheduling order by January 16, 2026. *See* ECF No. 4. That submission is now overdue. Accordingly, by **February 17, 2026**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: January 28, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge