Civil Action No. 1:25-cv-09406-AT

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **YANDY REYES**, individually and on behalf of all others similarly situated, and **RE: YES LAW PLLC**,<br><br>                              *Plaintiffs*,<br><br>-against-<br><br>**THE DRAW SHOP LLC**, the business located at 12463 Rancho Bernardo RD#166 San Diego, CA 92128 and **SUMMER FELIX-MULDER**, individually and as the CEO of The Draw Shop LLC, and **JOHN DOES and/or JANE DOES**<br>                              *Defendants* | **AFFIDAVIT OF SERVICE**<br><br>Civil Action No. 1:25-cv-09406-AT |

---

**DIANA CARDENAS**, swears under the penalties of perjury that she is not a party hereto, is over eighteen years old, and has an office at 118-35 Queens Blvd., Ste. 400, Forest Hills, NY 11375.

On November 11, 2025, I served via USPS First Class Mail a copy of the **SUMMONS AND COMPLAINT, EXHIBIT "A", JURY DEMAND, and WAIVER OF THE SERVICE OF SUMMONS** upon all parties appearing herein by service to each Law Firm named below at the address indicated.

    THE DRAW SHOP LLC
    And SUMMER FELIX-MULDER
    12463 RANCHO BERNARDO RD
    RD PMB 166
    SAN DIEGO, CA 92128-2143 US

Notice of this filing was sent to all parties listed below by operation of the Court's electronic filing system. Parties can access the documents through the electronic filing system.

Dated:    December 10, 2025

                                                      _____
                                                          Diana Cardenas

Sworn to before me on December 10, 2025

_____
Notary Public

My Commission expires:

[Notary Seal: YANDY REYES, NOTARY PUBLIC, # 02RE6423118, MY COMMISSION EXPIRES 10/04/2029, STATE OF NEW YORK]

 **Gmail**

**Yandy Reyes <estateplanningreyes@gmail.com>**

## USPS - Click-N-Ship(R) Payment Confirmation
1 message

**noreply-ecns@usps.com** <noreply-ecns@usps.com>  
To: ESTATEPLANNINGREYES@gmail.com

Tue, Nov 11, 2025 at 5:51 PM



Order #: d206a2ec-2de5-4daf-a4d5-255558c52830

**Thank you for your order.**

Review details in USPS Click-N-Ship® shipping history.

View Order Details

**ORDER DETAILS**

| | |
|---|---|
| Account #: | 302430878 |
| Order #: | d206a2ec-2de5-4daf-a4d5-255558c52830 |
| Placed on: | Nov 11, 2025 |
| | 16:51:21 PM UTC |
| Payment Method: | VISA-0631 |
| Status: | PAID |
| Email: | ESTATEPLANNINGREYES@GMAIL.COM |

**ORDER SUMMARY**

**Item Total**

Priority Mail®

4209212821439405530109355236939027

Scheduled delivery date: 11/15/2025

Shipped To:

SUMMER FELIX-MULDER                    $8.40

THE DRAW SHOP LLC

12463 RANCHO BERNARDO RD

RD PMB 166

SAN DIEGO CA 92128-2143 US


Subtotal:  $8.40

Shipping: $0.00

Total:     $8.40


**NEED HELP?**
If you need help, please visit the Frequently Asked Questions.

Go to FAQ's

**SAVE TIME, CREATE LABELS**

Go to Click-N-Ship



Download **USPS Mobile**®

 

USPS.com | Privacy Policy | Support | FAQs

This is an automated email; please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

Copyright © 2025 USPS. All Rights Reserved.

ALERT: WINTER WEATHER IN NORTH CENTRAL AND NORTHEASTERN US MAY DELAY FIN…

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9209128214394055301093355236939027

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 10:12 am on November 15, 2025 in SAN DIEGO, CA 92128.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

SAN DIEGO, CA 92128
November 15, 2025, 10:12 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates      ⌄

USPS Tracking Plus®      ⌄

Product Information      ⌄

See Less  ⌃

**Track Another Package**

Enter tracking or barcode numbers