
P25838676

AFFIRMATION OF SERVICE

RE: YES LAW PLLC    Andres Maldonado

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

YANDY REYES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ETAL

PLAINTIFF

- vs -

THE DRAW SHOP LLC, THE BUSINESS LOCATED AT 12463 RANCHO BERNARDO RD#166 SAN DIEGO, CA 92128, ETAL

DEFENDANT

index No. 1:25-cv-09406
Date Filed
File No.
Court Date:

**AFFIRMATION OF SERVICE**

STATE OF __CALIFORNIA__, COUNTY OF __SAN DIEGO__ :SS:

__KELLY BLISS__, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of __CALIFORNIA__.

On __JANUARY 7TH, 2026__ at __12:35PM__,

at **12463 RANCHO BERNARDO ROAD #166 SAN DIEGO, CA 92128**,

deponent served the within **EXHIBIT "A", JURY DEMAND, SUMMONS AND COMPLAINT, WAIVER OF THE SERVICE OF SUMMONS** on: **SUMMER FELIX-MULDER, INDIVIDUALLY AND AS THE CEO OF THE DRAW SHOP LLC**, the **DEFENDANT** therein named.

____ #1 INDIVIDUAL   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

__X__ #2 CORPORATION   By delivering a true copy of each personally to __PAUL A.__, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT**.

Deponent knew the person so served to be the __MANAGER__ of the corporation, and authorized to accept service on behalf of the corporation.

____ #3 SUITABLE AGE PERSON RESIDENCE   By delivering a true copy of each to _____ a person of suitable age and discretion at the **DEFENDANT's** dwelling house (usual place of abode) within the state.

____ #4 SUITABLE AGE PERSON BUSINESS   By delivering a true copy of each to _____ a person of suitable age and discretion with capacity to accept as a coworker of the **DEFENDANT** within the state.

____ #5 AFFIXING TO DOOR   By affixing a true copy of each to the door of said premises, which is **DEFENDANT's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

Address confirmed by _____

____ #6 MAIL COPY   On _____ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address.

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

__X__ #7 DESCRIPTION (USE WITH #1, 2 OR 3)   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

Gender: __MALE__   Perceived Race: __CAUCASIAN__   Hair: __BLACK__
Age: __35+__   Height: __5'8"__   Weight: __190LBS__
OTHER IDENTIFYING FEATURES: _____

____ #8 WITNESS FEES   The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

____ #9 MILITARY SRVC   Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

____ # 10 OTHER

*I affirm this* __12TH__ *day of* __JANUARY__, 20__26__, *under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.*

_Kelly Bliss_
_____
KELLY BLISS

Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-YES-25838676



AFFIRMATION OF SERVICE

P25838668

RE: YES LAW PLLC    Andres Maldonado

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

YANDY REYES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ETAL

PLAINTIFF

- vs -

THE DRAW SHOP LLC, THE BUSINESS LOCATED AT 12463 RANCHO BERNARDO RD#166 SAN DIEGO, CA 92128, ETAL

DEFENDANT

Index No. 1:25-cv-09406
Date Filed
File No.
Court Date:

**AFFIRMATION OF SERVICE**

STATE OF __CALIFORNIA__, COUNTY OF __SAN DIEGO__ :ss:

__MICHAEL BURROUGHS__, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of __CALIFORNIA__.

On __JANUARY 7TH, 2026__ at __2:00PM__,

at **12463 RANCHO BERNARDO ROAD #166 SAN DIEGO, CA 92128**,

deponent served the within **EXHIBIT "A", JURY DEMAND, SUMMONS AND COMPLAINT, WAIVER OF THE SERVICE OF SUMMONS** on: **THE DRAW SHOP LLC, THE BUSINESS LOCATED AT 12463 RANCHO BERNARDO RD#166 SAN DIEGO, CA 92128**, the **DEFENDANT** therein named.

____ #1 INDIVIDUAL    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

_X_ #2 CORPORATION    By delivering a true copy of each personally to __PAUL ANTONOV__, who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT**.

Deponent knew the person so served to be the __EMPLOYEE OF VILLAGE MAIL & MORE__ of the corporation, and authorized to accept service on behalf of the corporation.

____ #3 SUITABLE AGE PERSON RESIDENCE    By delivering a true copy of each to _____ a person of suitable age and discretion at the **DEFENDANT's** dwelling house (usual place of abode) within the state.

____ #4 SUITABLE AGE PERSON BUSINESS    By delivering a true copy of each to _____ a person of suitable age and discretion with capacity to accept as a coworker of the **DEFENDANT** within the state.

____ #5 AFFIXING TO DOOR    By affixing a true copy of each to the door of said premises, which is **DEFENDANT's:** [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

Address confirmed by _____

____ #6 MAIL COPY    On _____ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address.

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

_X_ #7 DESCRIPTION (USE WITH #1, 2 OR 3)    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

Gender: __MALE__    Perceived Race: __CAUCASIAN__    Hair: __BROWN__
Age: __27__    Height: __5'10__    Weight: __180LBS__
OTHER IDENTIFYING FEATURES: _____

____ #8 WITNESS FEES    The authorized witness fee and/or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $_____

____ #9 MILITARY SRVC    Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

____ #10 OTHER

*I affirm this 12TH day of JANUARY, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.*

_____
MICHAEL BURROUGHS
Lexitas
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 3-YES-25838668