

# INVOICE

TAX ID # 46-4363191

**Invoice Number:** PMLINV10604069
**Account:** YES
**Invoice Date:** 2/2/2026
**Sub Total:** $220.20
**Tax Total:** $0.00
**Balance Due:** $220.20

**1235 Broadway**
**2nd Floor**
**New York, NY 10001**
**(212) 233-4040**
**(212) 732-4327 (fax)**
**nyprocessinfo@lexitaslegal.com**

RE: YES LAW PLLC
118-35 QUEENS BLVD, SUITE 400
FOREST HILLS NY 11375
UNITED STATES

Route:  70

Client File #:                          Your Contact:        Andres Maldonado

Index #:    1:25-cv-09406

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

YANDY REYES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ETAL v. THE DRAW SHOP LLC, THE BUSINESS LOCATED AT 12463 RANCHO BERNARDO RD#166 SAN DIEGO, CA 92128, ETAL

| Job # | Date | Servee | Line Item Detail | Fee Prepaid | Fee | Charge | Job Total |
|-------|------|--------|------------------|-------------|-----|--------|-----------|
| 25838676 | 01/07/2026 | | SUMMER FELIX-MULDER, INDIVIDUALLY AND AS THE CEO OF THE DRAW SHOP LLC | | | | $220.20 |
| | | | *WAIVER OF THE SERVICE OF SUMMONS SUMMONS AND COMPLAINT JURY DEMAND EXHIBIT "A"* | | | | |
| | | | CHARGE - Service Out of State | | | $219.00 | |
| | | | OTHER - Pages printed | | | $1.20 | |

**Total Due:    $220.20**

Please be advised that some items may see price increases starting in January 2026.



REMITTANCE ADVICE

**1235 Broadway**
**2nd Floor**
**New York, NY 10001**
**(212) 233-4040**
**(212) 732-4327 (fax)**
**nyprocessinfo@lexitaslegal.com**

Please make checks payable to Lexitas Legal, LLC and remit payment to the address below.

**Lexitas**
**1235 Broadway**
**2nd Floor**
**New York, NY 10001**

| | |
|---|---|
| **Invoice Number:** | **PMLINV10604069** |
| **Account:** | **YES** |
| **Invoice Date:** | **2/2/2026** |
| **Sub Total:** | **$220.20** |
| **Tax Total:** | **$0.00** |
| **Balance Due:** | **$220.20** |



**INVOICE**

TAX ID # 46-4363191

**Invoice Number:** PMLINV10604068
**Account:** YES
**Invoice Date:** 2/2/2026
**Sub Total:** $220.20
**Tax Total:** $0.00
**Balance Due:** $220.20

**1235 Broadway**
**2nd Floor**
**New York, NY 10001**
**(212) 233-4040**
**(212) 732-4327 (fax)**
**nyprocessinfo@lexitaslegal.com**

RE: YES LAW PLLC
118-35 QUEENS BLVD, SUITE 400
FOREST HILLS NY 11375
UNITED STATES

Route: 70

Client File #:

Your Contact:     Andres Maldonado

Index #:    1:25-cv-09406

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

YANDY REYES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ETAL v. THE DRAW SHOP LLC, THE BUSINESS LOCATED AT 12463 RANCHO BERNARDO RD#166 SAN DIEGO, CA 92128, ETAL

| Job # | Date | Servee | Line Item Detail | Fee Prepaid | Fee | Charge | Job Total |
|-------|------|--------|------------------|-------------|-----|--------|-----------|
| 25838668 | 01/07/2026 | | THE DRAW SHOP LLC, THE BUSINESS LOCATED AT 12463 RANCHO BERNARDO RD#166 SAN DIEGO, CA 92128 | | | | $220.20 |
| | | | *WAIVER OF THE SERVICE OF SUMMONS SUMMONS AND COMPLAINT JURY DEMAND EXHIBIT "A"* | | | | |
| | | | CHARGE - Service Out of State | | | $219.00 | |
| | | | OTHER - Pages printed | | | $1.20 | |

**Total Due:    $220.20**



<u>REMITTANCE ADVICE</u>

**1235 Broadway**
**2nd Floor**
**New York, NY 10001**
**(212) 233-4040**
**(212) 732-4327 (fax)**
**nyprocessinfo@lexitaslegal.com**

Please make checks payable to Lexitas Legal, LLC and remit payment to the address below.

| | |
|---|---|
| **Lexitas** | **Invoice Number:** PMLINV10604068 |
| **1235 Broadway** | **Account:** YES |
| **2nd Floor** | **Invoice Date:** 2/2/2026 |
| **New York, NY 10001** | **Sub Total:** $220.20 |
| | **Tax Total:** $0.00 |
| | **Balance Due:** $220.20 |