Civil Action No.1:25-cv-09406-AT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **YANDY REYES**, individually and on behalf of all others similarly situated, and **RE: YES LAW PLLC**,<br>*Plaintiffs*,<br><br>-against-<br><br>**THE DRAW SHOP LLC**, the business located at 12463 Rancho Bernardo RD#166 San Diego, CA 92128 and **SUMMER FELIX-MULDER**, individually and as the CEO of The Draw Shop LLC, and **JOHN DOES and/or JANE DOES**<br>*Defendants* | **ORDER**<br>Civil Action No. 1:25-cv-09406-AT |

---

**ANALISA TORRES, District Judge:**

    THAT Defendants THE DRAW SHOP LLC and SUMMER FELIX-MULDER shall reimburse Plaintiff YANDY REYES, individually and on behalf of all others similarly situated, and RE: YES LAW PLLC for the reasonable costs incurred in effecting service of process, pursuant to Federal Rule of Civil Procedure 4(d)(2), in the amount of **$448.80**;

    THAT the Clerk of Court is directed to enter default judgment against Defendants THE DRAW SHOP LLC and SUMMER FELIX-MULDER pursuant to Federal Rule of Civil Procedure 55(a); and

    THAT Plaintiff is relieved of the obligation to submit a joint case management plan pending further order of the Court.

    SO ORDERED.

Dated: _____, 2026
       New York, New York

                                                  _____
                                                      **ANALISA TORRES**
                                                    United States District Judge