```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/17/2026_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YANDY REYES, individually and on behalf of all others similarly situated, and RE: YES LAW PLLC,

                          Plaintiffs,

-against-

THE DRAW SHOP LLC, the business located at 12463 Rancho Bernardo RD#166 San Diego, CA 92128 and SUMMER FELIX-MULDER, individually and as the CEO of The Draw Shop LLC, and JOHN DOES and/or JANE DOES,

                          Defendants.

25 Civ. 9406 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Plaintiffs' motion for default judgment. *See* ECF No. 11. Because the motion does not comply with Attachment A of the undersigned's Individual Practices in Civil Cases, it is DENIED without prejudice to renewal. Plaintiffs are directed to follow the directions of Attachment A should they wish to seek default judgment.

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 11.

      SO ORDERED.

Dated: February 17, 2026
       New York, New York

                                                 ANALISA TORRES
                                       United States District Judge