RECEIVED
SDNY PRO SE OFFICE
2026 FEB 19  PM 4:08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YANDY REYES,
Plaintiff,

v.

THE DRAW SHOP LLC and
SUMMER FELIX-MULDER, individually and as CEO of The Draw Shop LLC,
Defendants.

Case No. 1:25-cv-09406

---

DEFENDANT SUMMER FELIX-MULDER'S MOTION TO DISMISS
FOR INSUFFICIENT SERVICE OF PROCESS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(5)

Defendant Summer Felix-Mulder ("Defendant"), appearing pro se and solely for the purpose of challenging service of process, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(5) to dismiss the claims against her for insufficient service of process, or in the alternative, to quash the purported service.

In support of this Motion, Defendant states as follows:

1. Plaintiff filed the Complaint in this action on or about January 7, 2026.
2. An Affidavit of Service filed on the docket reflects that service upon Defendant Summer Felix-Mulder was purportedly made by delivery of the summons and complaint to an individual identified as "Paul Antonov," described as an employee of "Village Mail & More," located at 12463 Rancho Bernardo Road #166, San Diego, California.
3. The referenced location is a commercial mail receiving agency (CMRA) and mailbox rental facility.
4. Defendant does not reside at that location and has never authorized any employee of that facility to accept service of process on her behalf.
5. The individual identified in the Affidavit of Service is not Defendant's authorized agent for service of process and has not been appointed by Defendant to accept service on her behalf.
6. Service of process upon an individual in federal court must comply with Federal Rule of Civil Procedure 4(e), which requires personal delivery to the individual, delivery at the individual's dwelling or usual place of abode with a person of suitable age and discretion

residing there, delivery to an agent authorized by appointment or by law to receive service, or compliance with applicable state law governing service.
7. Delivery of process to an employee of a commercial mailbox facility that is not Defendant's dwelling, residence, or authorized agent does not satisfy Rule 4(e).
8. Defendant has not been personally served in accordance with Rule 4(e) and has not waived service.

Because Plaintiff has failed to properly effect service upon Defendant, this Court lacks personal jurisdiction over her.

WHEREFORE, Defendant Summer Felix-Mulder respectfully requests that the Court dismiss the claims against her pursuant to Federal Rule of Civil Procedure 12(b)(5), or in the alternative, quash the purported service of process.

Dated: February 13, 2026

Respectfully submitted,

/s/ Summer Felix-Mulder
Summer Felix-Mulder
Fairway Pointe Row
San Diego, CA 92128
760-688-8986
summermulder77@gmail.com
Defendant, Pro Se

Summer Felix-Mulder
12357 Fairway Pointe Row
San Diego, CA 92128

United States Courthouse
Pro Se Intake Unit
500 Pearl Street
New York, NY 10007





PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

2-17-26

US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
Feb 16 2026
Mailed from ZIP 92128
PRIORITY MAIL
ZONE 8 FLAT-RATE ENV
10569076
Commercial

USPS PRIORITY MAIL

Summer Felix Mulder
12351 FAIRWAY POINTE ROW
SAN DIEGO CA 92128

SHIP TO:
United States Courthouse
Pro Se Intake Unit
500 pearl street
NEW YORK NY 10007

USPS SIGNATURE TRACKING #

9410 8508 9956 3000 6745 18





PRESS FIRMLY TO SEAL              PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE®  |  PRIORITY MAIL®

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

This package is made from post-consumer waste. Please recycle — again.