AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| YANDY REYES, individually and on behalf of all others similarly situated, and RE: YES LAW PLLC, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | Civil Action No.  25 CV 9406 |
| v. | ) | |
| THE DRAW SHOP LLC, the business located at 12463 Rancho Bernardo RD#166 San Diego, CA 92128 and SUMMER FELIX-MULDER, individually and as the CEO of The Draw Shop LLC, and JOHN | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE DRAW SHOP LLC, 12463 Rancho Bernardo RD#166 San Diego, CA 92128;
SUMMER FELIX-MULDER, 12463 Rancho Bernardo RD#166 San Diego, CA 92128

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  YANDY REYES, ESQ.
118-35 Queens Blvd., Ste. 400
Forest Hills, NY 11375

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  01/02/2026

/S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*

Civil Action No. **25cv9406**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*　　**THE DRAW SHOP LLC**
**was received by me on　March 30, 2026**

☐ I personally served the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT on the individual at 3400 Cottage Way # G2 , Sacramento, CA 95825-1474 on　March 30, 2026 3:33 PM

☐ I left the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT at the individual's residence or usual place of abode with　,a person of suitable age and discretion who resides there, on　, and mailed a copy to the individual's last known address; or

☑ I served the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT to **REPUBLIC REGISTERED AGENT INC., by serving MICHAEL COSPER** , who is designated by law to accept service of process on behalf of **THE DRAW SHOP LLC** on　**March 30, 2026 @ 3:33 PM**

☐ I returned the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT unexecuted because;

☐ other *(specify):*

*My fees are $ .00 for travel and $ 103.00 for services, for a total of $ 103.00*

*I declare under penalty of perjury that this information is true.*

*Date:* 3/31/2026

_____
*Server's signature*

**KATRINA WILLIAMS**
*Printed name and title*

**563 Brunswick Road Suite 7,**
**Grass Valley, CA 95945**
**(530) 272-5463**
*Server's Address*

A0440-SAC312192