# Affidavit of Process Server

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
(NAME OF COURT)

| YANDY REYES | VS | .THE DRAW SHOP, LLC | 25 CV 9406 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I R.T. HANSELL_____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served (NON-SERVE) SUMMER FELIX-MULDER
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS AND COMPLAINT

by leaving with _____ At
NAME                    RELATIONSHIP

☑ Residence 12351 FAIRWAY POINTE ROW      SAN DIEGO, CA 92128
ADDRESS                    CITY / STATE

☐ Business_____
ADDRESS                    CITY / STATE

On_____AT_____
DATE                    TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
DATE

from_____
CITY        STATE        ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist ☑ Other SUBJECT MOVED TO UTAH APPROXIMATELY 6 MONTHS AGO PER TENANT

**Service Attempts:** Service was attempted on: (1) 3/7/2026       12:10PM      (2) 3/9/2026       3:40PM
                                                          DATE        TIME          DATE        TIME

(3)_____  (4)_____  (5)_____
    DATE        TIME              DATE        TIME              DATE        TIME

**Description:.** Age_____Sex_____Race_____Height_____Weight_____Hair____Beard____Glasses_____

I declare under penalty of perjury the foregoing is true and correct.

_____
SIGNATURE OF PROCESS SERVER
R.T. Hansell RPS#1422