Form 10ACert - AFFIRMATION OF CERTIFIED MAILING



P26490046

**RE: YES LAW PLLC Andres Maldonado**
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

YANDY REYES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED, AND RE: YES LAW PLLC

                                                PLAINTIFF

                          - vs -

THE DRAW SHOP LLC, ETAL

                                                DEFENDANT

Index No. **1:25-cv-09406-AT**

Date Filed

Office No. **1:25-cv-0940
6-AT-SN**

Court Date.

STATE OF NEW YORK, COUNTY OF NEW YORK     :SS:

**I, DOUGLAS PHILIP** affirm under the penalties of perjury that I am over 18 years of age,
not a party to this action, and reside in the State of New York.
That on **27th day of March, 2026** at a post office or official depository under the
exclusive care and custody of the United States Postal Service, Deponent mailed the copy
of

**COMPLAINT, EXHIBIT(S), SUMMONS**

**to THE DRAW SHOP LLC**
**the DEFENDANT at**
**12351 FAIRWAY POINTE ROW**
**SAN DIEGO CA 92128**

Copy mailed by Certified Mail  **(9589071052703439738664)** marked PERSONAL & CONFIDENTIAL
not indicating on the outside thereof, by return address or otherwise that said notice
is from an attorney or concerns an action against the person to be served.

**COMMENTS:**

I affirm this 30TH day of MARCH, 2026 under penalties of perjury under the laws of New
York, which may include fine or imprisonment, that the foregoing is true, and I
understand that this document may be filed in an action or proceeding in a court of law

DOUGLAS PHILIP 2121937-DCWP
Lexitas #2098109-DCA
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-YES-26490046

**2a**

