USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/4/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

YANDY REYES, et al.,

                    **Plaintiffs,**

        -against-

THE DRAW SHOP LLC, et al.,

                    **Defendants.**

-------------------------------------------------------------------X

25-CV-09406 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On April 2, 2026, Plaintiff filed an Affidavit of Service. See ECF No. 19. The Affidavit of Service indicates that Defendant The Draw Shop LLC was served through "Republic Registered Agent Inc.," and that Defendant Summer Felix-Mulder no longer resides at 12351 Fairway Pointe Row, San Diego, CA 92128. Id. To date, counsel for The Draw Shop LLC has not appeared in this action, and neither Defendant has answered the Complaint. It remains unclear to the Court whether service has been properly effectuated or whether Plaintiff intends to move for default. Accordingly, a conference to discuss the next steps in this litigation is scheduled for Tuesday, June 9, 2026, at 11:30 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw immediately at diljah_shaw@nysd.uscourts.gov.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     June 4, 2026
              New York, New York