UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2026

-----------------------------------------------------------------X

YANDY REYES, et al.,

                      **Plaintiffs,**

       -against-

THE DRAW SHOP LLC, et al.,

                    **Defendants.**

-----------------------------------------------------------------X

25-CV-09406 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The conference scheduled for Tuesday, June 9, 2026, at 11:30 a.m. is RESCHEDULED

for Tuesday, June 9, 2026, at 2:15 p.m. At that time the parties should dial into the Court's

dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     June 8, 2026
             New York, New York