UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

YANDY REYES, et al.,

                                    Plaintiffs,                                25-CV-09406 (AT)(SN)

                    -against-                                                    **ORDER**

THE DRAW SHOP LLC, et al.,

                                    Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On June 9, 2026, Plaintiff and *pro se* Defendant Summer Felix-Mulder appeared for a status conference. As discussed during the conference, by no later than Thursday, July 9, 2026, Plaintiff is ORDERED to file a status letter indicating: (1) whether Plaintiff has had any contact with Defendant The Draw Shop LLC regarding service of the Complaint; (2) whether Plaintiff intends to move for a default judgment against The Draw Shop LLC; (3) whether Plaintiff has been able to successfully serve Summer Felix-Mulder; and (4) if service on Summer Felix-Mulder is unsuccessful, whether Plaintiff intends to respond to Summer Felix-Mulder's pending motion to dismiss for insufficient service of process (see ECF Nos. 13, 18).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        June 9, 2026
                   New York, New York