

15:17 ᐧᑊᑊ 5G

**(844) 727-4404**
Add as contact

Jun 22, 1:41 PM

Hi Andres, thanks for reaching out to The Draw Shop! We've received your inquiry and our team is reviewing the details. Someone will follow up soon to schedule a call and discuss next steps.

Feel free to reply with any additional info to help us match you with the right solution. Looking forward to connecting! Reply STOP to unsubscribe.

Today, 10:50 AM

Hi Andres, thanks for reaching out to The Draw Shop! We've received your inquiry and our team is reviewing the details. Someone will follow up soon to schedule a call and discuss next steps.

Feel free to reply with any additional info to help us match you with the right solution. Looking forward to connecting!

Andres

Is the company still operative?    A

Today, 1:38 PM

↓

Andres

Write a message...







