Form 10ACert - AFFIRMATION OF CERTIFIED MAILING



P26490046

**RE: YES LAW PLLC Andres Maldonado**
U S DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YANDY REYES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, AND RE: YES LAW PLLC | Index No. **1:25-cv-09406-AT** |
| PLAINTIFF | Date Filed |
| - vs - | Office No. **1:25-cv-0940 6-AT-SN** |
| THE DRAW SHOP LLC, ETAL | Court Date. |
| DEFENDANT | |

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**I, DOUGLAS PHILIP**  affirm under the penalties of perjury that I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on **27th day of March, 2026** at a post office or official depository under the exclusive care and custody of the United States Postal Service, Deponent mailed the copy of

**COMPLAINT, EXHIBIT(S), SUMMONS**

**to THE DRAW SHOP LLC**
**the DEFENDANT at**
**12351 FAIRWAY POINTE ROW**
**SAN DIEGO CA 92128**

Copy mailed by Certified Mail  **(9589071052703439738664)** marked PERSONAL & CONFIDENTIAL not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.


**COMMENTS:**


I affirm this 30TH day of MARCH, 2026 under penalties of perjury under the laws of New York, which may include fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law

DOUGLAS PHILIP 2121937-DCWP
Lexitas #2098109-DCA
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-YES-26490046

**2a**



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

MAR 27 2026

Postage
$
Total Postage
$
Sent To

Street and A|

City, State, Zi

THE DRAW SHOP LLC
12351 FAIRWAY POINTE ROW
SAN DIEGO, CA 92128

PS Form 380      PSN 7530-02-000-9047    See Reverse for Instructions