**FOR PROCESS SERVING PURPOSES ONLY**

People-Search-202607071116

**SUMMER ANN FELIX , 48 Years Old  (California, Massachusetts, Ohio, Alabama, Connecticut, Illinois)**

| | | | |
|---|---|---|---|
| **SUMMER ANN FELIX (09/02/2004 to 03/06/2026)** | **Possible Relatives** | **Cities** | **Counties** |
| | Isaiah Felix Chan **XXXX** Age: **23** | Montgomery, AL | Montgomery County, AL |
| Other Observed Names | Alison Lee Felix **XXXX** Age: **41** | Alamo, CA (12/26/2025) | Contra Costa County, CA (12/01/2003 to |
| **SUMMER FELIX (06/11/2010 to 03/06/2026)** | Chloe A Felix **XXXX** Age: **19** | Carlsbad, CA (12/01/2003 to 07/06/2026) | 12/26/2025) |
| **SUMMER A FELIX MULDER (05/03/2022 to** | Claudia Elizabeth Felix **XXXX** Age: **56** | La Jolla, CA (07/01/2007) | Los Angeles County, CA (01/24/2000 to |
| **03/02/2026)** | Kelly Scott Felix **XXXX** Age: **48** | Los Angeles, CA (04/06/2008) | 04/06/2008) |
| **SUMMER A FELIX-MULDER (05/03/2022 to** | Logan S Felix **XXXX** Age: **21** | Poway, CA (05/27/2017 to 05/28/2021) | San Diego County, CA (12/01/2003 to |
| **03/02/2026)** | Summer N Felix **XXXX** Age: **36** | Richmond, CA (12/01/2003) | 07/06/2026) |
| **SUMMER A FELIX (09/02/2004 to 03/02/2026)** | Jasmine Felix-Chan **XXXX** Age: **27** | San Diego, CA (01/01/2006 to 01/09/2023) | Ventura County, CA (09/01/1995 to 10/31/2012) |
| **SUMMER A SINGAGLIESE (09/02/1996 to** | Israel Felix Martinez **XXXX** Age: **51** | San Marcos, CA (03/03/2008 to 06/2016) | Hartford County, CT |
| **03/02/2026)** | Michael Skeen Mulder **XXXX** Age: **50** | Sherman Oaks, CA (01/24/2000 to 01/23/2003) | Cook County, IL |
| **SUMMER FELIXMULDER (03/16/2021 to** | Jacqueline Lorriane Singagliese **XXXX** Age: **82** | Tarzana, CA (02/2001 to 01/23/2003) | Middlesex County, MA (03/03/2008 to |
| **10/18/2025)** | Paul Matthew Singagliese **XXXX** Age: **82** | Thousand Oaks, CA (12/2002 to 12/21/2005) | 01/01/2026) |
| **SUMMER A FELIXMULDER (11/02/2024)** | Christine M Spear **XXXX** Age: **49** | Ventura, CA | Baltimore City County, MD |
| **SUMMER SUMMERFELIXMULD** | | Westlake Village, CA (09/01/1995 to | Hamilton County, OH (05/10/2011 to |
| **FELIX-MULDER (08/01/2019 to 11/02/2024)** | **Indicators** | 10/31/2012) | 05/12/2011) |
| **SUMMER SUMMERFELIXMULD FELIX** | Bankruptcies:  **None Found** | Manchester, CT | |
| **MULDER (08/01/2019 to 12/01/2023)** | Liens: **3 Found** , Latest in 2011 | Chicago, IL | |
| **SUMMER F MULDER (02/13/2023 to** | Judgments: **1 Found** , Latest in 2025 | Burlington, MA (03/03/2008 to 01/01/2026) | |
| **09/21/2023)** | | Baltimore, MD | |
| **SUMMER ANN SINGAGLIESE (01/04/2016 to** | | Cincinnati, OH (05/10/2011 to 05/12/2011) | |
| **02/08/2023)** | | | |
| **SUMMER SINGAGLIESE (09/02/2005 to** | | **Possible Phones** | |
| **02/08/2023)** | | **(760) 688-8986** (PT) (Mobile) (100%) | |
| **SUMMER FELIX MULDER (05/02/2021 to** | | **(619) 933-7428** (PT) (Mobile) (66%) | |
| **04/03/2022)** | | **(760) 929-0232** (PT) (LandLine) (66%) | |
| **SUMMER ANN SINGALIESE (12/27/2016)** | | **(760) 539-7030** (PT) (LandLine) (66%) | |
| **SUMMER ANN SINGHALIESE (12/27/2016)** | | **(801) 410-8315** (MT) (VoIP) (66%) | |
| | | **(818) 707-2649** (PT) (LandLine) (66%) | |
| SSN or ITIN: **XXX-XX-XXXX** | | **(310) 317-0177** (PT) (VoIP) (66%) | |
| Issued: **CALIFORNIA 1989** | | **(818) 907-8084** (PT) (LandLine) (66%) | |
| | | **(925) 785-8970** (PT) (Mobile) (40%) | |
| **Dates of Birth** | | **(760) 476-1650** (PT) (LandLine) (39%) | |
| DOB: **XX/XX/XXXX** (99%) | | **(760) 688-8984** (PT) (Mobile) (39%) | |
| | | **(805) 241-1792** (PT) (LandLine) (39%) | |
| Other DOB: **XX/XX/XXXX** (1%) | | **(805) 492-4562** (PT) (LandLine) (39%) | |
| | | **(616) 977-7428** (ET) (LandLine) (3%) | |
| Gender: **Female** | | | |

Driver's License Detail:
DL#: **XXXX-XXX-XX-XXX-X**
DL State: **CA**
Reported Date: **03/05/2026**
ID Type: **DL**

**SUMMER A FELIX-MULDER**
**12351 FAIRWAY POINTE ROW, SAN DIEGO,**
**CA 92128-3233 (SAN DIEGO COUNTY)**
 DOB: **XX/XX/XXXX**

**Possible Email Addresses**
summer.felix@yahoo.com (100%)
summermulder77@gmail.com (100%)
summerfelix@yahoo.com (100%)
hsummer.felix@gmail.com (79%)
summer@thedrawshop.com (70%)
mark@montereydesigncenter.com (70%)
mvsummerfelix17@gmail.com (70%)
isaiahfelixc@gmail.com (66%)
mlegones@gmail.com (56%)
jacobgallegos18@gmail.com (56%)
1summer.felix3@gmail.com (42%)
summerfelix@gmail.com (41%)
summer.finney@gmail.com (41%)
summer.felix@gmail.com (0%)

**Address History (31)**
**7417 PELICAN ST, CARLSBAD, CA 92011-4882 (SAN DIEGO COUNTY)** (12/01/2003 to 07/06/2026)
 Subdivision Name: **CARLSBAD AREA**
 Current Other Phone at address
**(310) 995-5670(PT)** - **JIM BORTNAK**
 Possible Subject's Phone
**(760) 688-8986(PT)** - **SUMMER FELIX**

**2 CHADWICK RD, BURLINGTON, MA 01803-3604 (MIDDLESEX COUNTY)** (03/03/2008 to 01/01/2026)
 Current Other Phones at address
**(781) 272-6975(ET)** - **FRANCIS DONOVAN**
**(617) 501-8517(ET)** - **KARLA RIZO**

**(781) 654-1284(ET)** - **MARCO RIZO**

**162 VIA COPLA, ALAMO, CA 94507-2138 (CONTRA COSTA COUNTY)** (12/26/2025 to 12/26/2025)
 Current Other Phones at address
**(925) 818-3340(PT)** - **NATHAN ACKERMAN**
**(925) 381-5407(PT)** - **JENNIFER POYER**

**12351 FAIRWAY POINTE ROW, SAN DIEGO, CA 92128-3233 (SAN DIEGO COUNTY)** (05/11/2020 to 01/09/2023)
 Subdivision Name: **BERNARDO HEIGHTS**

**12351 FAIRWAY POINTE ROW # 12351, SAN DIEGO, CA 92128-3233 (SAN DIEGO COUNTY)** (04/26/2021 to 04/26/2021)
 Subdivision Name: **BERNARDO HEIGHTS**

**16186 COUNTRY DAY RD, POWAY, CA 92064-1454 (SAN DIEGO COUNTY)** (05/27/2017 to 05/28/2021)
 Subdivision Name: **POWAY**

**17511 CORTE LOMAS VERDES, POWAY, CA 92064-1237 (SAN DIEGO COUNTY)** (07/25/2019 to 07/25/2019)

**12463 RANCHO BERNARDO RD # 166, SAN DIEGO, CA 92128-2143 (SAN DIEGO COUNTY)** (09/24/2012 to 11/15/2016)

**12463 RANCHO BERNARDO RD # 513, SAN DIEGO, CA 92128-2143 (SAN DIEGO COUNTY)** (09/24/2012 to 09/24/2012)

**1119 GODDARD ST, SAN MARCOS, CA 92078-1044 (SAN DIEGO COUNTY)** (03/03/2008 to 06/2016)
 Subdivision Name: **SAN MARCOS TCT**

**18372 SAINT ETIENNE LN, SAN DIEGO, CA 92128-6189 (SAN DIEGO COUNTY)** (10/01/2012 to 10/13/2013)
 Subdivision Name: **SADDLE CLUB ESTATES**

**5564 SHADOW CANYON PL, WESTLAKE VILLAGE, CA 91362-5267 (VENTURA COUNTY)** (09/01/1995 to 10/31/2012)

**5564 SHADOW CANYON PL # P, WESTLAKE VILLAGE, CA 91362-5267 (VENTURA COUNTY)** (11/16/1999 to 11/16/1999)

**7475 MERMAID LN, CARLSBAD, CA 92011-4693 (SAN DIEGO COUNTY)** (11/2004 to 12/21/2011)
 Subdivision Name: **CARLSBAD TCT POINSETTIA**

**1636 BRUCE AVE, CINCINNATI, OH 45223-2002 (HAMILTON COUNTY)** (05/10/2011 to 05/12/2011)
 Subdivision Name: **SAMUEL COX**

**2963 N BEVERLY GLEN CIR, LOS ANGELES, CA 90077-1705 (LOS ANGELES COUNTY)** (04/06/2008 to 04/06/2008)

**550 FRONT ST UNIT 2601, SAN DIEGO, CA 92101-7102 (SAN DIEGO COUNTY)** (01/01/2006 to 08/17/2007)
 Subdivision Name: **PINNACLE MUSEUM TOWER CONDO**
 Address contains: **1** office, **177** units

**8440 WHALE WATCH WAY, LA JOLLA, CA 92037-2050 (SAN DIEGO COUNTY)** (07/01/2007 to 07/01/2007)
 Subdivision Name: **LA JOLLA COSTA DORADA**

**3102 ESPANA LN, THOUSAND OAKS, CA 91362-4935 (VENTURA COUNTY)** (12/2002 to 12/21/2005)

**855 S 45TH ST APT 8, RICHMOND, CA 94804-4457 (CONTRA COSTA COUNTY)** (12/01/2003 to 12/01/2003)

**18645 HATTERAS ST, TARZANA, CA 91356-1879 (LOS ANGELES COUNTY)** (01/23/2003 to 01/23/2003)

**13042 RIVERSIDE DR APT 201, SHERMAN OAKS, CA 91423-2182 (LOS ANGELES COUNTY)** (02/2000 to 01/23/2003)

**18645 HATTERAS ST UNIT 157, TARZANA, CA 91356-1865 (LOS ANGELES COUNTY)** (02/2001 to 11/01/2002)

**13042 RIVERSIDE DR, SHERMAN OAKS, CA 91423-2100 (LOS ANGELES COUNTY)** (01/24/2000 to 01/24/2000)

**13042 RIVERSIDE DR APT 204, SHERMAN OAKS, CA 91423-2182 (LOS ANGELES COUNTY)**

**609 SIR MICHAEL DR, MONTGOMERY, AL 36109-4411 (MONTGOMERY COUNTY)**
 Subdivision Name: **ARLINGTON**

**7024 FERN PL, CARLSBAD, CA 92011-5116 (SAN DIEGO COUNTY)**
 Subdivision Name: **CARLSBAD**

**138 HOWARD ST, VENTURA, CA 93003-2613 (VENTURA COUNTY)**
 Subdivision Name: **HARTMAN**

**570 HILLIARD ST, MANCHESTER, CT 06042-2873 (HARTFORD COUNTY)**

**4528 W MONTANA ST, CHICAGO, IL 60639-1918 (COOK COUNTY)**
 Subdivision Name: **HAYES KELVYN GROVE CHI**
 Address contains: **3** units

**414 N WASHINGTON ST, BALTIMORE, MD 21231-1120 (BALTIMORE CITY COUNTY)**

**ℹ Search Information: Premium People Search**

Social Security Number: **XXX-XX-XXXX**                    Reference Tag: **81882-1098**

**Summer Ann Felix** , 48 Years Old (CA, OK) 12463 Rancho Bernardo RD San Diego CA 92128-2143 (2/1/2022 - Current)

**Summer Ann Felix**
**DOB:** XX/XX/XXXX 48 Years Old

**SSN:** XXX-XX-XXXX
**Issued:** 1989 California

Run Comprehensive Report

**Other Observed Names**
Summer A Felix
Summer Felix Mulder
Summer A Felix Mulder
Summer A Felix-Mulder
Summer S Felix Mulder
**Show (20) other observed names**

**Other DOB's**
XX/XX/XXXX

**Other SSN's**
None Found

**✉ Email Addresses**
summer.felix@yahoo.com **Verified**
summerfelix@yahoo.com **Verified**
summer.felix@gmail.com **Verified**
summerfelix@gmail.com **Verified**
rocenali@yahoo.com
nsummer.felixi34@gmail.com
summer.felix55@blackplanet.com
1summer.felix3@gmail.com
hsummer.felix@gmail.com
intulove@yahoo.com
mvsummer.felix17@gmail.com

**Person ID**
G6241626376891637688

Criminal Package

**⛃ Possible Relatives**
Kelly Scott Felix ⚭ 1st Degree *DOB: XX/XX/XXXX*
Chloe A Felix 1st Degree *DOB: XX/XX/XXXX*
Christine M Spear 1st Degree *DOB: XX/XX/XXXX*
Jacqueline Lorriane Singagliese 1st Degree *DOB: XX/XX/XXXX*
Jacqueline Lorrain Singagliese 1st Degree *DOB: XX/XX/XXXX*
**Show (45) other possible relatives**

**👥 Possible Associates**
David I Mosk *DOB: XX/XX/XXXX*
David I Mosk *DOB: XX/XX/XXXX*
Jason L Layden *DOB: XX/XX/XXXX*
Marshall H Lambert *DOB: XX/XX/XXXX*

**🚩 Indicators**

**🏠 Assets**
✅ Property (Deeds/Assessor)
✅ Domain Registrations

**$ Debt**
◯ Bankruptcies
⊘ Liens
◯ Judgments

**💼 Businesses**
✅ DBA/FBN/US Corporations
✅ FEIN
✅ Workplaces
◯ UCC

**📇 Licenses**
◯ Professional Licenses
◯ DEA Licenses

**🔧 Criminal**

Arrest Records          Traffic Records
Criminal Records        National Warrants
Sex Offender Search

**🏛 Court Records**
◯ Evictions
◯ Foreclosures
◯ Marriage Records
◯ Divorce Records

**📍 Counties**
San Diego, CA *(2/1/2022 - Current)*
San Diego, CA *(9/5/2012 - 1/22/2024)*
San Diego, CA *(8/23/2016 - 11/20/2021)*
San Diego, CA *(5/1/2008 - 10/22/2021)*
San Diego, CA *(1/1/2019 - 3/5/2026)*
**Show (26) other possible counties**

**🏛 Cities**
San Diego, CA *(2/1/2022 - Current)*
San Diego, CA *(9/5/2012 - 1/22/2024)*
Poway, CA *(8/23/2016 - 11/20/2021)*
Carlsbad, CA *(5/1/2008 - 10/22/2021)*
San Diego, CA *(1/1/2019 - 3/5/2026)*
**Show (26) other possible cities**

**🕑 Address History** (5 of 31)

🏠 12463 Rancho Bernardo RD # 12351San Diego CA 92128- 2143
San Diego County
Other/Historic
*2/1/2022 - Current*

🏠 12463 Rancho Bernardo RD Unit 166San Diego CA 92128- 2143
San Diego County
CH, Unbanked 1, Other/Historic
*9/5/2012 - 1/22/2024*
📲 (1) Associated Phones

🏠 16186 Country Day RDpoway CA 92064- 1454
San Diego County
CH, Unbanked 1, Other/Historic
*8/23/2016 - 11/20/2021*
📲 (1) Associated Phones

🏠 7475 Mermaid LnCarlsbad CA 92011- 4693
San Diego County
CH, Other/Historic
*5/1/2008 - 10/22/2021*
📲 (1) Associated Phones

🏠 12351 Fairway Pointe ROWSan Diego CA 92128- 3233
San Diego County
CH, Unbanked 1, Property
*1/1/2019 - 3/5/2026*
📲 (1) Associated Phones

**Show (26) other addresses**

**📲 Phone Numbers**

(616) 977-7428
**Ameritech Michigan**
Unbanked 1, Other/Historic
*6/12/2012 - Current*

(818) 707-2649
**Pacific Bell Telephone Company**
Unbanked 1, Other/Historic
*12/1/2002 - 12/1/2002*

(310) 317-0177
**Charter Fiberlink LLC**
Unbanked 1, Other/Historic
*1/10/2001 - 4/1/2002*

(818) 907-8084
**Pacific Bell Telephone Company**
Unbanked 1, Other/Historic
*1/10/2001 - 4/1/2002*

(760) 539-7030
**Onvoy LLC - IL**
Other/Historic
*5/1/2011 - 6/15/2021*

**Show (1) other possible phone**

**📱 Mobile Phone Numbers**
(760) 688-8986
**New Cingular Wireless PCS LLC - GA**
CH, Unbanked 1, Other/Historic
*8/1/2010 - Current*

(619) 933-7428
**New Cingular Wireless PCS LLC - GA**
Unbanked 1, Other/Historic
*6/12/2012 - 8/23/2016*

(818) 631-7850
**Cellco Partnership dba Verizon Wireless - CA**
Other/Historic
*8/28/2016 - 10/1/2017*

**We Found Additional Details**
Get Additional Data