UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------

YANDY REYES, individually and on behalf of all
others similarly situated, and RE: YES LAW PLLC,

                                    Plaintiffs,

          -against-                                    Civil Action No. 1:25-cv-09406-AT-SN

THE DRAW SHOP LLC and SUMMER FELIX-MULDER,
individually and as CEO of The Draw Shop LLC,

                                    Defendants.

-------------------------------------------------------------------

**AFFIDAVIT IN SUPPORT OF CLERK'S CERTIFICATE OF DEFAULT AS TO
DEFENDANT THE DRAW SHOP LLC**

YANDY REYES, ESQ., declares the following to be true under penalty of perjury
pursuant to 28 U.S.C. § 1746:

1.    I am an attorney duly admitted to practice before this Court and am counsel of
      record for Plaintiffs Yandy Reyes and Re: Yes Law PLLC in the above-captioned
      action. I am familiar with the facts and circumstances of this matter as disclosed
      by the records maintained in this office, and I submit this affidavit in support of
      Plaintiffs' request for a Clerk's Certificate of Default as to Defendant The Draw
      Shop LLC pursuant to Southern District of New York Local Civil Rule 55.1 and
      Federal Rule of Civil Procedure 55(a).

2.    This action commenced on November 11, 2025, with the filing of the Summons
      and Complaint.

3.    Defendant The Draw Shop LLC is a limited liability company. It is not an infant,
      is not an incompetent person, and is not in the military service within the meaning
      of the Servicemembers Civil Relief Act, 50 U.S.C. § 3901 et seq., as it is a
      business entity and not a natural person.

4.    Defendant The Draw Shop LLC was properly served with the Summons and
      Complaint on March 30, 2026, by delivery to Michael Cosper, who is authorized
      to accept service on behalf of the company's registered agent, Republic Registered
      Agent Inc., at 3400 Cottage Way #G2, Sacramento, California, pursuant to
      Federal Rule of Civil Procedure 4(h). *See* PACER Doc. No. 19 (Affidavit of
      Service, dated Apr. 2, 2026).

5.    Pursuant to Federal Rule of Civil Procedure 12(a)(1), Defendant The Draw Shop
      LLC's time to answer or otherwise respond to the Complaint expired on May 29,
      2026.

6.    As of the date of this affidavit, Defendant The Draw Shop LLC has failed to plead
      or otherwise defend this action, has not appeared by counsel, and has not sought
      an extension of time to respond.

7. No prior request for entry of default has been made in this action as to Defendant The Draw Shop LLC, and no default has previously been entered against it.

8. A proposed Clerk's Certificate of Default as to Defendant The Draw Shop LLC is attached hereto.

Dated: July 29, 2026
      Forest Hills, New York

                                        _____
YANDY REYES, ESQ.
RE: YES LAW PLLC
Attorney for Plaintiffs
118-35 Queens Blvd., Suite 400
Forest Hills, NY 11375
(p): (646) 577-9022 | (646) 633-5467
(e): reyeslaw@estateplanningreyes.com

STATE OF NEW YORK      )
                              ) ss.:

NEW YORK COUNTY

On July 29th, 2026, before me, the undersigned, personally appeared _YANDY REYES__, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

*Diana Cardenas*
_____
(signature and office of individual taking ac

DIANA CARDENAS
NOTARY PUBLIC
# 01CA6420810
MY COMMISSION EXPIRES
08/16/2029
STATE OF NEW YORK