UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
YANDY REYES, individually and on behalf of all
others similarly situated, and RE: YES LAW PLLC,
                                        Plaintiffs,

   -against-                                    Civil Action No. 1:25-cv-09406-AT-SN

                                            CLERK'S CERTIFICATE
                                                 OF DEFAULT

THE DRAW SHOP LLC and SUMMER FELIX-MULDER,
individually and as CEO of The Draw Shop LLC,
                                        Defendants.
-------------------------------------------------------------------X

     I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on <u>November 11, 2025</u> with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant <u>The Draw Shop LLC</u> by personally serving <u>Michael Cosper</u>, who is authorized to accept service on behalf of the company's registered agent, Republic Registered Agent Inc., and proof of service was therefore filed on April 2, 2026, Doc. <u>#(s) 19</u>.

     I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant The Draw Shop LLC is hereby noted.

Dated: New York, New York

      _____, 2026                                    TAMMI M. HELLWIG
                                                        Clerk of Court


                                            By: _____
                                                        Deputy Clerk