USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**YANDY REYES, et al.,**

**Plaintiffs,**

**-against-**

**THE DRAW SHOP LLC, et al.,**

**Defendants.**

**-----------------------------------------------------------------X**

**25-CV-09406 (AT)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff filed a complaint on November 11, 2025. ECF No. 1. The Draw Shop LLC was served on March 30, 2026. ECF No. 19. To date, The Draw Shop LLC has not yet appeared. Plaintiff filed a proposed Certificate of Default, which the Clerk of Court returned as deficient on August 25, 2026. See ECF Nos. 29–30.

Separately, Summer Felix-Mulder was served on August 21, 2026. ECF No. 31. Summer Felix-Mulder failed to timely file an answer due September 11, 2026.

Plaintiff is ORDERED to file a letter by September 21, 2026 indicating: (1) whether Plaintiff has had any contact with The Draw Shop LLC, or whether Plaintiff intends to refile a Certificate of Default from the Clerk of Court and move for default judgement using the correct civil filing event, and; (2) whether Plaintiff intends to file a Certificate of Default from the Clerk of Court and move for a default judgement against Summer Felix-Mulder.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 15, 2026
New York, New York