USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

**YANDY REYES, et al.,**

**Plaintiffs,**

**-against-**

**THE DRAW SHOP LLC, et al.,**

**Defendants.**

---------------------------------------------------------------X

**25-CV-09406 (AT)(SN)**

**ORDER REQUESTING LIMITED APPEARANCE OF *PRO BONO* COUNSEL**

**SARAH NETBURN, United States Magistrate Judge:**

On November 4, 2026, the parties appeared for an initial pretrial conference. Defendant Summer Felix-Mulder ("Felix-Mulder") requested that the Court appoint *pro bono* counsel to assist her in mediation. Felix-Mulder's oral request is GRANTED, and the Clerk of Court is directed to attempt to locate *pro bono* counsel for the limited purpose of mediation.

The Complaint alleges that Felix-Mulder, via her role as Chief Executive Officer of The Draw Shop LLC, violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, and N.Y. General Business Law § 396-aa by using an automatic telephone dialing system to send unsolicited messages to Plaintiff Yandy Reyes. ECF No. 1. During the conference, the Court directed Felix-Mulder to locate and preserve The Draw Shop LLC's records.

Felix-Mulder is reminded that she does not have a constitutional right to *pro bono* counsel and that there are limited lawyers available to volunteer to represent *pro se* litigants.

Accordingly, unless and until a *pro bono* lawyer agrees to represent Felix-Mulder, she must proceed on her own behalf.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 4, 2026
New York, New York